FILED
SEP - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William Webster                                  :
3701 South George Mason Drive, #117N
Falls Church, Virginia 22041                     :

      Plaintiff                                :

      v.                                       :        Civil Action No.: _____

UNITED STATES OF AMERICA                         :

SERVE:                                           :

Paul Clement, Esquire                            :
Acting Attorney General of the United States of America
Department of Justice                            .
Room B-112
10th & Constitution Avenue, N.W.                 Case: 1:07-cv-01589
Washington, D.C. 20530                           Assigned To : Kollar-Kotelly, Colleen
                                                 Assign. Date : 9/7/2007
Jeffrey A. Taylor, Esquire                       Description: PI/Malpractice
U.S. Attorney for the District of Columbia       :
Judiciary Center
555 Fourth Street, N.W.                          :
Washington, D.C. 20530
                                                 :
Mary Anne Gibbons, General Counsel
USA General Counsel's Office                     :
Law Department
475 L'Enfant Plaza, S.W.                         :
Washington, D.C.
                                                 :
      Defendant.

## COMPLAINT

### JURISDICTION AND VENUE

    Plaintiff William Webster, by and through counsel, brings this claim against Defendant United States of America ("USA") for their cause of action and states as follows:

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

1

1. Jurisdiction of this Court over Defendant USA is invoked pursuant to 39 U.S.C. §§ 401 and 409 and the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671, et seq.

2. The cause of this action arose in the District of Columbia, thus venue properly lies with this Court pursuant to 28 U.S.C. § 1402(b).

3. Plaintiff William Webster is an adult citizen currently residing in the Commonwealth of Virginia.

4. On September 28, 2006, a Standard Form 95 claim was filed on behalf of the Plaintiff with the United States Department of the Interior, National Park Service pursuant to 28 U.S.C. § 2675(a). The Form 95 listed damages in the amount of $1,750,510.00.

5. A denial of the claim was made on March 28, 2007.

6. Plaintiff has elected to commence this action pursuant to 28 U.S.C. § 2675(a).

## FACTS

7. On or about October 3, 2007, around 10:45 p.m., Plaintiff was visiting the Franklin D. Roosevelt Memorial in Southwest, Washington, D.C.

8. Plaintiff went to find a restroom at the F.D.R. Memorial when he fell off of the walkway and into a fountain in the vicinity of room 4.

9. The area where Plaintiff fell was poorly lit.

10. In the area of Plaintiff's fall, there were multiple lights that were not functioning at the time.

11. As a result of the fall, Plaintiff suffered severe and permanent injuries including, but not limited to, fractures to his left and right wrists, cuts and bruising around his left eye, and a broken rib.

## COUNT 1 - Negligence

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

12. Plaintiff incorporates by reference all other paragraphs of the Complaint and further alleges that the fall and resulting injuries of Plaintiff were the direct and proximate result of the negligence of Defendant USA.

13. Defendant USA's negligent acts include, but are not limited to: (1) failing to properly maintain the walkways in a safe condition, (2) failing to warn of a dangerous condition, (3) failing to remedy a dangerous condition, (4) failing to have proper lighting, and (5) such other acts and/or omissions that further investigation and discovery may reveal.

14. The aforesaid negligence was a direct and proximate cause of the fall and the damages suffered by Plaintiff.

15. As a direct and proximate result of the negligence of Defendant USA in causing the fall, Plaintiff suffered severe and permanent physical injuries including, but not limited to, fractures to his left and right wrists, cuts and bruising around his left eye, and a broken rib.

16. As a further proximate result of the negligence of Defendant USA in causing the fall, Plaintiff has suffered and will continue to suffer much physical pain and mental anguish; permanent disability which will substantially affect his ability to engage in his daily activities; has incurred medical expenses and will continue to incur medical expenses for medical and hospital care and attention in connection with the incident; has incurred and will continue to incur lost wages; and has suffered and will continue to suffer mental and physical pain and suffering and emotional distress associated with all of the above.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully demands judgment against Defendant USA in the full and just amount of $1,750,510.00 plus costs and interest.

Respectfully submitted,

KOONZ, MCKENNEY, JOHNSON,
DEPAOLIS & LIGHTFOOT, L.L.P.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

3

          */s/ William P. Lightfoot*

William P. Lightfoot     #313593
Paulette E. Chapman   #416437
Kelly J. Fisher          #488431
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
(202) 659-5500
(202) 785-3719 Facsimile
wlightfoot@koonz.com

Counsel for Plaintiff

KMJDL 34726

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

4

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| William Webster<br>3701 South George Mason Drive, #117N<br>Falls Church, Virginia 22041 | United States of America |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

William Lightfoot
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, DC 20006

Case: 1:07-cv-01589
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 9/7/2007
Description: PI/Malpractice

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ☒ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

Case 1:07-cv-01589-JMF    Document 1-2    Filed 09/07/2007    Page 2 of 4

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
FTCA, 28 U.S.C. § 2671, et seq.

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint
JURY DEMAND:    YES ☐    NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 9-7-07    SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.