IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| William Webster,<br><br>      Plaintiff,<br><br>v.<br><br>United States of America,<br><br>      Defendant. | CIV No.: 07-1589 (CKK) |

**DEFENDANT'S ANSWER**

The UNITED STATES OF AMERICA, defendant herein, by and through its undersigned attorneys, hereby Answers Plaintiff's Complaint.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's Complaint is barred under the doctrine of assumption of the risk.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's Complaint is barred under the doctrine of contributory negligence.

Defendant reserves the right to raise any and all affirmative defenses available under Fed. R. Civ. P. 8(c).

Defendant responds to the numbered paragraphs of the Complaint as follows:

1. This paragraph consists of plaintiff's jurisdictional statement and characterization of this action to which answers are not required; to the extent that the sentence is deemed to contain allegations of fact as against the federal defendant, they are denied.

2. Admit.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegation contained in this paragraph and therefore it is denied.

4. Defendant admits plaintiff William Webster filed an administrative claim with the Department of Interior by filing a Form 95 pursuant to 28 U.S.C. §2675(a), but denies that the claim was filed on Septermber 28, 2006. The claim was received by the Department of the Interior on September 29, 2006, thus the claim date is September 29, 2006.  Defendant admits that the damages listed on the SF 95 were in the amount of $1,750.510.00.

5. Admit.

6. Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegation contained in this paragraph and therefore it is denied.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegation contained in this paragraph and therefore it is denied.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegation contained in this paragraph and therefore it is denied.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegation contained in this paragraph and therefore it is denied.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the location where Plaintiff allegedly fell, however, Defendant admits that on October 3, 2004 several overhead light bulbs were not functioning in Room 4 of the Franklin Delano Roosevelt Memorial.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegation contained in this paragraph and therefore it is denied.

12. This paragraph consists of plaintiff's conclusions of law which requires no response, but to the extent a response is deemed required, it is denied.

13. Denied.

14. This paragraph consists of plaintiff's conclusions of law which requires no response, but to the extent a response is deemed required, it is denied.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegation contained in this paragraph and therefore it is denied.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegation contained in this paragraph and therefore it is denied.  In addition, this paragraph consists of plaintiff's conclusions of law which requires no response but to the extent a response is deemed required, it is denied. The remainder of this paragraph consists of plaintiff's prayer for relief which requires no response, but to the extent a response is deemed required, defendant denies that plaintiff is entitled to the relief sought or to any relief whatsoever.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney


\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 4th Street, NW
Washington, D.C. 20530

OF COUNSEL:
Perri S. Rothemich
Attorney-Adviser
U.S. Department of the Solicitor
Office of the Solicitor
Division of General Law
1849 C Street, N.W.
Washington, D.C. 20240