IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM WEBSTER | : |
| Plaintiff | : |
| v. | : Case No. 1:07-CV-1589(CKK) |
| UNITED STATES OF AMERICA | : |
| Defendants | : |

## JOINT MEET AND CONFER STATEMENT

Pursuant to Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f), the Parties met and conferred and hereby submit this Joint Report.

## LOCAL CIVIL RULE 16(d) REPORT

**1.   Statement of the Case, Statutory Basis for Causes of Action, and Defenses**

Plaintiff's Statement of the Case

This cause of action is based on the Federal Tort Claims Act. On or about October 3, 2007, around 10:45 p.m., Plaintiff was visiting the Franklin D. Roosevelt Memorial in Southwest, Washington, D.C. Plaintiff went to find a restroom at the F.D.R. Memorial when he fell off of the walkway and into a fountain in the vicinity of room 4. The area where Plaintiff fell was poorly lit. In the area of Plaintiff's fall, there were multiple lights that were not functioning at the time. As a result of the fall, Plaintiff suffered severe and permanent injuries including, but not limited to, fractures to his left and right wrists, cuts and bruising around his left eye, and a broken rib.

Defendant's Statement of the Case

On October 12, 2004, Plaintiff reported to the U.S. Park Police that on October 3, 2004 at approximately 10:45 pm he fell in the area of Room 4 at the Franklin D. Roosevelt Memorial in

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

1

Southwest, Washington, D.C. Plaintiff reported that he fell while searching for a restroom and that poor lighting conditions contributed to his fall. He further reported that he was transported to the hospital by friends visiting with him and that he sustained two broken wrists, one of which was surgically repaired. Plaintiff filed an administrative tort claim for $1,750,510.00 with the U.S. Department of the Interior on September 29, 2006 which was denied on March 28, 2007. Plaintiff filed the instant lawsuit on September 6, 2007 stemming from the October 3, 2004 incident.

2.  **Likelihood this Case will be Disposed of by Dispositive Motion**

The Parties believe that some discovery is needed before determining whether this case can be disposed of by a dispositive motion.

3.  **Date for Joining Other Parties**

There are no other parties to be joined.

4.  **Assignment to a Magistrate Judge**

Plaintiffs consent to this case being assigned to a magistrate judge for all purposes.

5.  **Possibility of Settlement**

The Parties would like to engage in an early settlement discussions before conducting discovery. The Parties request that the start of discovery be delayed until April 20, 2008 to allow for the Parties to engage in early settlement discussions.

6.  **Alternative Dispute Resolution**

See above.

7.  **Dispositive Motion Schedule**

All dispositive motions should be filed forty-five days after the close of all discovery. The Parties request twenty days to file oppositions.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

2

8. **Initial Disclosures**

The Parties will waive initial disclosures.

9. **Discovery**

The Parties request the following discovery time period:

4/20/08: Discovery Begins

5/20/08: Parties Exchange Witness Lists

6/20/08: Plaintiff Names Experts

10/20/08: Defendant Names Experts

11/20/08: Discovery Closes

The total period of discovery is seven (7) months. The Parties request a status conference be set at the close of discovery.

10. **Expert Reports**

The Parties will file expert reports when experts are named.

11. **Class Actions**

n/a

12. **Bifurcation of Trial or Discovery**

The parties are not requesting a bifurcation of trial or discovery at this time.

13. **Pretrial Conference Schedule**

Plaintiff requests that a pretrial conference be scheduled at the initial status hearing.

14. **Trial Date**

The Parties request that the trial date be scheduled at the pretrial conference.

15. **Other Matters**

None.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

Respectfully submitted,


_____/s/_____
William P. Lightfoot #313593
Paulette E. Chapman #416437
Kelly J. Fisher #488431
*Koonz, McKenney, Johnson,*
  *DePaolis & Lightfoot, L.L.P.*
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20001
202-659-5500
202-785-3719 (fax)
*Counsel for Plaintiffs*


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


_____/s/_____
CHARLOTTE A. ABEL, Bar # 388582
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530
202/307-2332

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500