IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WILLIAM WEBSTER**                                  :

       **Plaintiff**                                          :

v.                                                       : **Case No. 1:07-CV-1589(CKK)**

**UNITED STATES OF AMERICA**                         :

       **Defendants**                                       :

### PLAINTIFFS' DISCOVERY PLAN

Pursuant to the Court's request at the February 20, 2008 status conference, Plaintiffs file this Discovery Plan.

First, the Parties have agreed to have this case assigned to Magistrate Judge Kay for all purposes.

Second, Plaintiffs intend on taking the deposition of the National Park Service workers on duty at the time of the fall and the deposition of the individual who performed a post-accident investigation. Plaintiffs also intend on taking a 30(b)(6) deposition on several topics, including but not limited to, maintenance, lighting, and post-accident investigation. Plaintiffs hope to have these depositions completed by June 1, 2008 to allow Plaintiffs' experts an opportunity to review the depositions. Plaintiffs will depose defense experts when they are named.

Third, Plaintiffs will have William Webster examined by an orthopedist who will testify to permanency, nature and extent of his injuries, and any potential future complications and the costs associated. Plaintiffs also will submit a report from an economist on the economic loss.

Respectfully submitted,

/s/
_____
William P. Lightfoot #313593

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

Paulette E. Chapman #416437
Kelly J. Fisher #488431
*Koonz, McKenney, Johnson,*
  *DePaolis & Lightfoot, L.L.P.*
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20001
202-659-5500
202-785-3719 (fax)
*Counsel for Plaintiffs*

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

## Certificate of Service

A copy of Plaintiffs' Discovery Plan was sent via electronic filing this 6th day of March 2008 to:

Charlotte A. Abel, Esquire  
Assistant United States Attorney  
555 4th Street, NW  
Washington, DC 20530

/s/_____  
Paulette E. Chapman

LAW OFFICES  
KOONZ, MCKENNEY,  
JOHNSON, DEPAOLIS  
& LIGHTFOOT  
JAMES MONROE BUILDING  
2001 PENNSYLVANIA AVE., N.W.  
SUITE 450  
WASHINGTON, D.C. 20006  
(202) 659-5500