UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM WEBSTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Civil Action No. 07-1589 (CKK) |

**ORDER**
(March 7, 2008)

Pursuant to the Parties' [8] Status Report to the Court and Discovery Plan, the above-captioned case has been referred to Magistrate Judge Alan Kay for <u>all purposes</u>, including trial, pursuant to Local Civil Rule 73.1.  The parties are to promptly contact Magistrate Judge Kay's chambers to schedule further proceedings.  At the first meeting with Magistrate Judge Kay, the parties are to complete a standard consent form agreeing to appear before a Magistrate Judge for all purposes that will be submitted to this Court for approval.

Furthermore, the Status Conference previously scheduled before Judge Kollar-Kotelly on December 5, 2008, is vacated.

Accordingly, it is, this 7th day of March, 2008,

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/*　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copy to:
Magistrate Judge Kay