UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM WEBSTER,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Civil Action No. 07-1589 (CKK) |

**ORDER**
(March 10, 2008)

On March 7, 2008, this Court referred the above-captioned case to Magistrate Judge Alan Kay for all purposes, including trial, pursuant to Local Civil Rule 73.1. Because the Court had previously referred the case to Magistrate Judge Kay for mediation, the Court shall amend its March 7, 2008 Order by referring the case to Magistrate Judge John Facciola for all purposes, including trial, pursuant to Local Civil Rule 73.1. Its previous referral to Magistrate Judge Kay for mediation shall remain in effect. The parties are to promptly contact Magistrate Judge Facciola's chambers to schedule further proceedings. At the first meeting with Magistrate Judge Facciola, the parties are to complete a standard consent form agreeing to appear before a Magistrate Judge for all purposes that will be submitted to this Court for approval.

Accordingly, it is, this 10th day of March, 2008,

**SO ORDERED**.

                                                    /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge

Copy to:
Magistrate Judge Facciola