UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                             )
WILLIAM WEBSTER,             )
                             )
         Plaintiff,          )
                             )
             v.              )  Civil No. 07-1589 (JMF)
                             )
UNITED STATES OF AMERICA,    )
                             )
         Defendant.          )
_____)
```

## STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between plaintiff, William Webster, and the United States of America, Defendant, by and through their respective attorneys, as follows:

1. The parties do hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Settlement Agreement.

2. The United States of America, defendant, agrees to pay to the plaintiff by government wire transfer the sum of $115,000, payable to her and her attorney, William P. Lightfoot, of Koonz, McKenney, Johnson, DePaolis & Lightfoot, L.L.P.), which sum shall be in full settlement and satisfaction of any and all claims,

demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit, including any claims for wrongful death or under survival statutes, which plaintiff, or his guardian, heirs, executor, administrator, or assigns, and each of them, now has or may hereafter acquire against the United States of America, and/or the U.S. Department of Interior, their agents, servants, and employees.

3. Plaintiff William Webster and his guardian, heirs, executor, administrator, or assigns, agree to accept the sum of $115,000 in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit, including any claims for wrongful death or under survival statutes, which plaintiff now has or may hereafter acquire against the United States of America, its

agents, servants and employees. Plaintiff and his guardian, heirs, executor, administrator, or assigns, further agree to reimburse, indemnify, and hold harmless the United States of America and/or the Dept. of Interior, their agents, servants, and employees from any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by plaintiff or his guardian, heirs, executor, administrator, or assigns, against any third party or against the United States and/or the Dept. of Interior.

4. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States, and/or the Dept. of Interior, their agents, servants, or employees, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5. It is also agreed, by and among the parties, that the settlement amount of $115,000 represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses and that any attorney's fees owed by the plaintiff will be paid out of the settlement amount and not in addition thereto.

6. It is also understood by and among the parties that pursuant to Title 28, United States Code, Section 2678, attorney's fees for services rendered in connection with this action shall not exceed 25 per cent of the amount of the compromise settlement.

7. Payment of the settlement amount will be made through government wire transfer by the Treasury of the United States, for $115,000 made payable to William Webster and Willaim Lightfoot,
Esq. Plaintiff's attorney agrees to distribute the settlement proceeds to the plaintiff.

8. The parties agree that this Stipulation for Compromise Settlement and Release, including all the terms and conditions of this compromise settlement and any additional agreement relating thereto, may be made public in their entirely, and the plaintiff expressly consents to such release and disclosure pursuant to 5 U.S.C. § 552a(b).

9. In consideration of the terms set forth above, the above-styled action is dismissed with prejudice from the docket of the Court, but the Court shall retain jurisdiction to enforce the terms thereof.

08/06/2008  13:07  7035717711        BWECPA              PAGE 02/02
08/06/2008 WED 13:11 FAX                                 ☒006/007

10. This agreement may be executed in parts, and the executed parts shall have the same meaning and expression, as if executed as a whole.

_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney

_____
RUDOLPH CONTRERAS
D.C. Bar. No. 434122
Assistant U.S. Attorney

_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant U.S. Attorney
Civil Division
555 Fourth Street, NW
Washington, DC 20001
(202) 307-2332

Attorneys for Defendant

_____
WILLIAM WEBSTER, Plaintiff

_____
WILLIAM P. LIGHTFOOT, ESQ.
D.C. Bar No. 313593

- 5 -

```
                                        2001 Pennsylvania Ave., N.W.
                                        Suite 450
                                        Washington, D.C. 20006
                                        (202) 659-5500

                                        Attorney for William Webster
```

SO ORDERED: _____
            JOHN M. FACCIOLA
            UNITED STATES MAGISTRATE JUDGE


DATE: _____